# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SCUNGIO BORST & ASSOCIATES, LLC,** | Case No. 22-10609 (AMC) |
| Debtor. | |
| **STEPHEN J. SCHERF, SBA PLAN TRUST ADMINISTRATOR OF SBA PLAN TRUST,** | |
| Plaintiff, | Adversary No. 24-00048 (AMC) |
| vs. | |
| **US PREMIUM FINANCE,** | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF DISMISSAL

TO: Clerk of United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107

**PLEASE TAKE NOTICE,** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure as incorporated herein by Federal Rule of Bankruptcy Procedure 7041, Plaintiff, Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust ("Plaintiff"), by and through its undersigned counsel, Obermayer Rebmann Maxwell & Hippel LLP, hereby files this Notice of Dismissal of the above-captioned adversary proceeding with prejudice, with each party to bear its own attorney's fees and costs. To date, Plaintiff has not received an answer, motion for summary judgment or other responsive pleading to the Complaint filed in the above-captioned

adversary proceeding from the Defendant, and a review of the docket in this case reveals that no such pleading has been filed.

Dated: April 9, 2024

By: /s/ *D. Alexander Barnes*
D. Alexander Barnes, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3184
Facsimile: (215) 665-3165
Email: alexander.barnes@obermayer.com

*Counsel to Plaintiff, Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust*